1  **WO**

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                      FOR THE DISTRICT OF ARIZONA

8

9   United States of America,            )   CR 10-0329-PHX-PGR
                                          )
10          Plaintiff,                    )
                                          )   **DETENTION  ORDER**
11  vs.                                   )
                                          )
12  Mauricio Poqui-Rabago,                )
                                          )
13          Defendant.                    )
                                          )
14  _____       )

15          A detention hearing and a preliminary revocation hearing on the Petition on

16  Supervised Release were held on December 13, 2011.

17          **THE COURT FINDS** that the Defendant has knowingly, intelligently, and

18  voluntarily waived his right to a detention hearing and a preliminary revocation hearing and

19  has consented to the issue of detention being made based upon the allegations in the Petition.

20          **THE COURT FURTHER FINDS** that the Defendant has failed to sustain his burden

21  of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that

22  he is neither a flight risk nor a danger to the community. *United States v. Loya*, 23 F.3d 1529

23  (9th Cir. 1994).

24          **IT IS ORDERED** that the Defendant shall be detained pending further order of the

25  court.

26          DATED this 15th day of December, 2011.

27                                        _____
                                                   Lawrence O. Anderson
28                                              United States Magistrate Judge